UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAURA WONGSING,

                                  Plaintiff,                      **ORDER**

        -against-                                        20 Civ. 6029 (JCM)

WAL-MART REAL ESTATE BUSINESS TRUST,
*et al.*,

                                  Defendants.
-----------------------------------------------------------X

       On December 27, 2022, the parties informed the Court that they have reached a settlement in the above-captioned matter. (Docket No. 38). Therefore, it is hereby

       ORDERED, that this action be and hereby is discontinued with prejudice but without costs to any party; provided, however, that if settlement is not consummated within thirty (30) days of the date of this order, plaintiff may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       To be clear, any application to reopen must be filed within thirty (30) days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within thirty (30) days with a request that the agreement be "So Ordered" by the Court.

Dated: December 27, 2022
       White Plains, New York

                                                        **SO ORDERED:**

                                                    _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge